

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00066-CV

In the Estate of Alexander M. Jimenez, Sr., Deceased

On Appeal from the
County Court of Matagorda County, Texas
Trial Cause No. PR16-0088

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants, Andrew Jimenez and Juanita Clara Aguilar.

We further order this decision certified below for observance.

June 20, 2019